UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEON PERCIVAL,

    Plaintiff,

Case No: 2:16-cv-83

HON. ROBERT HOLMES BELL

UNKNOWN STUHLER, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 14, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion for Order to Show Cause and Temporary Restraining Order (ECF No. 4) be denied. (R&R, ECF No. 12). The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 14, 2016, R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause and Temporary Restraining Order (ECF No. 4) is DENIED.

Date: November 10, 2016

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE