UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEON PERCIVAL,

      Plaintiff,                                 Case No. 2:16-cv-83

v.                                             HON. ROBERT HOLMES BELL

UNKNOWN STUHLER, et al.,

      Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants filed a motion to revoke Plaintiff's *in forma pauperis* status and a motion to dismiss. (ECF No. 15.) On December 21, 2016, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") recommending that the Court grant Defendants' motion to revoke Plaintiff's *in forma paueris* status and motion to dismiss. (ECF No. 19.) Plaintiff did not file any objections to the R&R. Plaintiff's failure to file timely objections constitutes a waiver of any further right to an appeal. *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). Moreover, for the reasons stated in the R&R, the Court finds that there is no good-faith basis for an appeal under 28 U.S.C. § 1915(a)(3). Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to revoke Plaintiff's *in forma paueris* status and Defendants' motion to dismiss (ECF No. 15) are **GRANTED**.


Dated: <u>January 19, 2017</u>                                      <u>/s/ Robert Holmes Bell                    </u>
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE